The conclusion reached renders it wholly unnecessary to consider the other questions discussed.

The judgment is reversed, with costs; and the cause is remanded, with directions to the court below to sustain the demurrer to the cause of action.

---

## Ex Parte Dunham.

From the Washington Circuit Court.

*C. L. Dunham*, for appellant.

*J. C. Denny*, Attorney General, for the State.

Pettit, J.—There is no attempt to assign errors as required by sec. 568, 2 G. & H. 275, and rule 1 of this court.

The appeal is dismissed, at the costs of the appellant.

---

## Kassebaum *v*. The State.

From the Switzerland Circuit Court.

*W. M. Smith*, *J. A. Works*, and *J. D. Works*, for appellant.

*J. C. Denny*, Attorney General, for the State.

Per Curiam.—The same question is involved in this case as in that of *Christie* v. *The State*, 44 Ind. 408; and, for the reason there given, the judgment below must be reversed.

The judgment below is reversed, and the cause remanded.